UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DAVID WHEELER,

    Plaintiff,

vs.

MGM RESORTS INTERNATIONAL, et al.,

    Defendants.

2:11-CV-02046-PMP-RJJ

**ORDER**

**IT IS ORDERED** that Plaintiff's Motion to Strike Notice of Removal (Doc. #8), Motion to Strike Answer to Complaint (Doc. #9), and Motion to Strike Certificate of Interested Parties (Doc. #16) are **DENIED**.

DATED: January 19, 2012.

_____
PHILIP M. PRO
United States District Judge