UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID WHEELER, | 2:11-CV-02046-PMP-RJJ |
| Plaintiff, | |
| vs. | **ORDER** |
| MGM RESORTS INTERNATIONAL, et al., | |
| Defendants. | |

Having read and considered Plaintiff Wheeler's Request for Judgment or Jury Trial Date (Docs. #18 & #19) filed January 17, 2012, Defendants' Response in Opposition thereto (Doc. #24), Plaintiff's Reply (Doc. #31) and Addendum to Reply (Doc. #32) and good cause appearing,

**IT IS ORDERED** that Plaintiff's Request for Judgment or Jury Trial (Docs. #18 & #19) are **DENIED**.

DATED: February 17, 2012.

_____
PHILIP M. PRO
United States District Judge