UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DAVID WHEELER,

    Plaintiff,

vs.

MGM RESORTS INTERNATIONAL, et al.,

    Defendants.

2:11-CV-02046-PMP-RJJ

**ORDER**

    It appearing from the Minutes of the Proceedings (Doc. #36) of the Early Neutral Evaluation Conference held February 23, 2012, before the Honorable Peggy A. Leen, United States Magistrate Judge, that the Parties have reached settlement in this case, and good cause appearing,

    **IT IS ORDERED** Defendants' Motion for Judgment on the Pleadings, Or in the Alternative Summary Judgment (Doc. #29) is **DENIED** without prejudice as moot.

DATED: February 27, 2012.

_____
PHILIP M. PRO
United States District Judge