UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DAVID WHEELER,

    Plaintiff,

vs.

MGM RESORTS INTERNATIONAL, *et al*.,

    Defendant,

2:11-cv-2046-PMP-RJJ

O R D E R

    This matter is before the Court on Plaintiff's Motion to Reject Initial settlement Offer (#41).

    The Court having reviewed Plaintiff's Motion (#41) and the Opposition (#46), and the file herein finds that the parties participated in an Early Neutral Evaluation hearing and no settlement was reached. *See*, Minutes of Proceedings (#42). Therefore, a motion to reject initial settlement offer is not necessary. Good cause appearing therefore,

    IT IS HEREBY ORDERED that Plaintiff's Motion to Reject Initial settlement Offer (#41) is **DENIED AS MOOT**.

    DATED this __19th__ day of April, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge