UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID WHEELER, | ) |
| Plaintiff, | ) 2:11-cv-2046-PMP-RJJ |
| vs. | ) |
| MGM RESORTS INTERNATIONAL, *et al.*, | ) O R D E R |
| Defendant, | ) |

This matter is before the Court on Plaintiff's Motion to Reject Initial settlement Offer (#41).

The Court having reviewed Plaintiff's Motion (#41) and the Opposition (#46), and the file herein finds that the parties participated in an Early Neutral Evaluation hearing and no settlement was reached. *See*, Minutes of Proceedings (#42). Therefore, a motion to reject initial settlement offer is not necessary. Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Reject Initial settlement Offer (#41) is **DENIED AS MOOT**.

DATED this  19th  day of April, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge