UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID WHEELER,<br><br>    Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL,<br><br>    Defendants. | 2:11-CV-02046-PMP-RJJ<br><br>**ORDER** |

    The Court having read and considered Defendant's fully briefed Motion for Reconsideration of Magistrate Judge's April 19, 2012 Order, #49, (Doc. #51) and good cause appearing,

    **IT IS ORDERED** Defendant's Motion for Reconsideration of Magistrate Judge's April 19, 2012 Order, #49, (Doc. #51) is **DENIED**.

Dated: May 14, 2012.

_____
PHILIP M. PRO
United States District Judge